FILED: 4/23/14

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Angel Salas,* <br>            Plaintiff, <br>     v. <br> *Anheuser-Busch Sales of South Bay, Inc., et al.,* <br>            Defendant. | NO. CV 09-7739-GHK (AJWx) <br><br> JUDGMENT |

    Pursuant to our April 23, 2014 Order granting Defendant Anheuser-Busch, Inc.'s Petition to Confirm Arbitration Award, **IT IS HEREBY ADJUDGED** that the arbitration award issued by the Honorable Arleigh Maddox Wood (Ret.) on July 6, 2013, in Los Angeles County, against Angel Salas is **CONFIRMED**.

    **IT IS SO ORDERED**.

    DATED: April 23, 2014

_____
GEORGE H. KING
Chief United States District Judge