# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SALAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER- BUSCH SALES OF SOUTH BAY INC., a business entity, exact form unknown; ANHEUSER BUSCH INC, a business entity, exact form unknown; ANHEUSER BUSCH SALES BEACH CITIES, a business entity, exact form unknown, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 2:09-cv-07739-AB (AJWx)<br><br>[Assigned to the Hon. Andre Birotte, Jr., Courtroom 7B]<br><br>**[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>[Filed concurrently with Joint Stipulation for Dismissal with Prejudice Pursuant to FRCP 41(a)(1)]<br><br>Complaint Filed: September 18, 2009 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice Pursuant to FRCP 41(a)(1), filed concurrently herewith, the Court hereby orders that the above-captioned action be dismissed with prejudice in its entirety, with each party bearing his/its own costs and fees.

**SO ORDERED:**

DATED: August 30, 2018

HON. ANDRE BIROTTE JR.
United States District Court Judge